CLARK, J.
The appellant challenges the revocation of his probation upon the trial court’s finding that the appellant’s brief delay in reporting to the jail to begin serving a term of incarceration violated a condition of his probation. Because the slight delay in appearing at the jail on the day he was to begin serving that term of incarceration was not shown to be a willful and substantial violation, the appellant’s probation should not have been revoked. See e.g. Garcia v. State, 670 So.2d 1104 (Fla. 2d DCA 1996). The revocation of the appellant’s probation is therefore reversed, and the sentence imposed upon that revocation is vacated. The case is remanded, with the appellant to be released from that prison sentence.
HAWKES, J., Concurs; and SWANSON, J., Concurs with Opinion.